UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN EDWARD HAJEK,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>    Respondent. | Case No. 20-2568 LF<br><br>**ORDER STAYING EXECUTION AND REFERRING MATTER TO THE SELECTION BOARD** |

Upon request of petitioner and pursuant to Capital Habeas Local Rule 2254-25, it is hereby ordered that the execution of petitioner's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until final disposition in this Court of the federal habeas corpus petition to be filed on petitioner's behalf.

It is further ordered that this matter be referred to the Selection Board for United States District Court, Northern District of California, for suggestion of one or more counsel to be appointed to represent petitioner in these proceedings.

The Clerk of the Court shall give immediate telephonic notice to respondent, Ron Broomfield, Acting Warden of San Quentin State Prison, that petitioner's execution is stayed by order of this Court. The Clerk of the Court shall also serve a certified copy of this order on petitioner; respondent, Ron Broomfield; the Clerk of the Santa Clara County Superior Court; Moona Nandi, Assistant Attorney General of the State of California; the District Attorney of Santa Clara County; and Joseph Schlesinger, Executive Director of the California Appellate Project, San

Case No.: 20-2568
<< ORDER TYPE >>

Francisco.

**IT IS SO ORDERED.**

Dated: April 16, 2020

_____
BETH L. FREEMAN
United States District Judge

Case No.: 20-2568
<< ORDER TYPE >>

2