UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN EDWARD HAJEK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Acting Warden,<br>California State Prison at San Quentin,<br><br>　　　　　Respondent. | Case No.  20-2568 BLF<br><br>**ORDER APPOINTING COUNSEL AND REQUESTING JOINT STATEMENT** |

Pursuant to Capital Habeas Local Rule 2254-25 and the recommendation of the Court's Selection Board, and good cause appearing therefor, the Court hereby appoints the Capital Habeas Unit of the Federal Defender for the Central District of California to represent petitioner Stephen Edward Hajek.

The Court further directs the parties to submit a joint statement by June 5, 2020. The statement shall propose due dates for lodging the record, requesting any equitable tolling, filing petitioner's federal habeas petition, respondent's answer and petitioner's traverse. A case management conference will be scheduled if necessary.

**IT IS SO ORDERED.**

Dated: April 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　BETH L. FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 20-2568

1