UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN EDWARD HAJEK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Acting Warden,<br>California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No.  20-2568 LF<br><br>**ORDER GRANTING MOTION FOR EQUITABLE TOLLING** |

On June 5, 2020, petitioner filed a Motion for Equitable Tolling. ECF Doc. No. 10. Petitioner requests that the statute of limitations for filing his federal habeas petition be equitably tolled from January 29, 2020, the date that the California Supreme Court denied his state habeas petition, until April 21, 2020, the date that counsel was appointed to represent him in his federal proceedings. Petitioner cites the lack of appointed counsel during this time period as an extraordinary circumstance warranting tolling. Petitioner further alleges that although the full impact of the COVID-19 epidemic is currently unknown, he expects to move for further tolling once the extent of the delay caused by the epidemic is better understood. In a response filed on June 16, 2020, respondent waives his statute of limitations defense to the time period cited in petitioner's motion but does not extend his waiver to any future tolling request. ECF Doc. No. 14.

Good cause appearing, petitioner's motion is GRANTED. The statute of limitations is

Case No.: 20-2568
<< ORDER TYPE >>

1

equitably tolled from January 29, 2020 until April 21, 2020.  Any request for additional tolling will be considered upon the submission of further briefing.

**IT IS SO ORDERED.**

Dated: June 29, 2020

_____
BETH L. FREEMAN
United States District Judge

Case No.: 20-2568
<< ORDER TYPE >>

2