UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN EDWARD HAJEK,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>    Respondent. | Case No. 20-2568 BLF<br><br>**ORDER DENYING MOTION TO ADVANCE HEARING DATE** |

Petitioner has filed a Motion To Advance Hearing Date For Motion For Equitable Tolling. (ECF Doc. 21)  Pursuant to Civil Local Rule 7-1(b), petitioner's Motion For Equitable Tolling shall be decided without oral argument.  Accordingly, the hearing date set for August 5, 2021 is vacated and petitioner's Motion To Advance Hearing Date is denied as moot.

**IT IS SO ORDERED.**

Dated: March 11, 2021

*/s/ Beth Labson Freeman*
BETH L. FREEMAN
United States District Judge

Case No.: 20-2568
<< ORDER TYPE >>

1