# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN EDWARD HAJEK,<br><br>    Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>    Respondent. | Case No. CV 20-2568-BLF<br><br>**DEATH PENALTY CASE**<br><br>**ORDER REGARDING STATUTE OF LIMITATIONS AND EQUITABLE TOLLING** |

On February 23, 2021, petitioner filed a Motion for Equitable Tolling. (Dkt. 20.) Respondent filed an Opposition on March 8, 2021. (Dkt. 25.) The parties conferred, and stipulate that:

1.   The current limitations deadline for the filing of a federal habeas petition is April 21, 2021. 28 U.S.C. § 2244(d).

2.   Respondent stipulates that the COVID-19 pandemic is an extraordinary circumstance, and that Petitioner has been diligent in preparing the petition thus far.

3.   Respondent agrees to waive its statute of limitations defense for four months, up to and including August 21, 2021.

//

4. The stipulation does not prevent Petitioner from requesting additional equitable tolling, and Respondent's waiver does not extend to any such future request.

5. With the stipulated equitable tolling and express waiver of Respondent's statute of limitations defense, the new limitations deadline is August 21, 2021.

GOOD CAUSE appearing, the stipulation of the parties is APPROVED. The statute of limitations is equitably tolled from April 21, 2021 until August 21, 2021, pursuant to Respondent's waiver. Any request for additional tolling will be considered upon the submission of further briefing.

**IT IS SO ORDERED.**

DATED: March 16, 2021

*[signature]*
HONORABLE BETH LABSON FREEMAN
United States District Judge