UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN EDWARD HAJEK,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>Respondent. | Case No.  20-2568 BLF<br><br>**ORDER GRANTING EXTENSION REQUEST** |

Good cause appearing, it is hereby ordered that petitioner's unopposed motion for a 30-day extension of time, through and including October 31, 2021, for the parties to confer and file a joint statement regarding exhaustion is GRANTED.

**IT IS SO ORDERED.**

Dated: September 29, 2021

_____
BETH L. FREEMAN
United States District Judge

Case No.: 20-2568
<< ORDER TYPE >>

1