UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN EDWARD HAJEK,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>Respondent. | Case No.  20-2568 BLF<br><br>**SCHEDULING ORDER** |

On November 15, 2021, the parties filed a Joint Statement proposing a litigation schedule for petitioner's habeas petition. The parties agree that the petition contains unexhausted claims. Having reviewed the Joint Statement, the Court adopts the parties' proposed schedule as follows:

1) Respondent shall file a motion to dismiss the mixed petition not later than January 3, 2022.

2) Petitioner shall file a joint pleading containing his response to the motion to dismiss, and his motion for a stay not later than January 17, 2022.

3) Respondent shall file a joint pleading containing his reply, if any, to the response to the motion to dismiss, and his response to the motion for a stay, not later than January 31, 2022.

4)  Petitioner shall file a reply, if any, to the response to the motion for a stay, not later than February 14, 2022.

Case No.: 20-2568

1

5) Upon review of the parties' submissions, the Court will schedule a hearing if deemed necessary.

**IT IS SO ORDERED.**

Dated: December 6, 2021

_____
BETH L. FREEMAN
United States District Judge

Case No.: 20-2568

2