UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN EDWARD HAJEK,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>Respondent. | Case No.  20-2568 BLF<br><br>**ORDER REINSTATING SCHEDULING ORDER AT DKT. 38** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner's unopposed motion for to reinstate the scheduling order at Dkt.38 is granted.

1) Petitioner shall file a joint pleading containing his response to respondent's motion to dismiss, and his motion for a stay not later than January 17, 2022.

2) Respondent shall file a joint pleading containing his reply, if any, to the response to the motion to dismiss, and his response to the motion for a stay, not later than January 31, 2022.

3)  Petitioner shall file a reply, if any, to the response to the motion for a stay, not later than February 14, 2022.

Case No.: 20-2568

4) Upon review of the parties' submissions, the Court will schedule a hearing if deemed necessary.

**IT IS SO ORDERED.**

Dated: January 4, 2022

BETH L. FREEMAN
United States District Judge

Case No.: 20-2568