# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EDWARD HAJEK,<br><br>        Petitioner,<br><br>   v.<br><br>DANIEL E. CUEVA, Warden,<br>California Medical Facility<br><br>        Respondent. | Case No. CV 20-02568 BLF<br><br>**DEATH PENALTY CASE**<br><br>~~[PROPOSED]~~ **ORDER** |

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

2  (1) the stay in this case is LIFTED;

3  (2) Petitioner Stephen Hajek's Motion to dismiss with prejudice is GRANTED because the parties have settled this matter; and

5  (3) The Clerk SHALL close the file.

   IT IS SO ORDERED.

DATED:   February 26, 2024

                                     _____
                                     HON. BETH LABSON FREEMAN
                                     United States District Judge

2